# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| RODNEY CLARK; DONNA CLARK<br><br>Plaintiffs,<br><br>vs.<br><br>APPLIED BANK<br><br>Defendant. | Case No.: 3:19-cv-01259-JZ<br><br>NOTICE OF SETTLEMENT |

NOTICE IS HEREBY GIVEN that Plaintiffs Rodney and Donna Clark and Defendant Applied Bank ("Applied") have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file Stipulation of Dismissal within forty-five (45) days. Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter.

 

RESPECTFULLY SUBMITTED,

PRICE LAW GROUP, APC

Date: January 10, 2020

By: /s/David A Chami
David A. Chami
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5515
F: (818) 600-5415
E: david@pricelawgroup.com
*Attorney for Plaintiff*
*Rodney and Donna Clark*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Jacey Gutierrez*