Approved.

s/ Jack Zouhary
U.S. DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| RODNEY CLARK; DONNA CLARK<br><br>Plaintiffs,<br><br>vs.<br><br>APPLIED BANK<br><br>Defendant. | Case No.: 3:19-cv-01259-JZ<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs Rodney and Donna Clark and Defendant Applied Bank ("Applied"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Applied. Each party shall bear their own costs and attorneys' fees.

RESPECTFULLY SUBMITTED,

PRICE LAW GROUP, APC

Date: February 18, 2020

PRICE LAW GROUP, APC

By: /s/David A Chami
David A. Chami
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5515
F: (818) 600-5415
E: david@pricelawgroup.com
*Attorney for Plaintiffs
Rodney and Donna Clark*

SESSIONS, FISHMAN, NATHAN & ISRAEL

By: /s/Andrew E. Cunningham
Andrew E. Cunningham
141 West Jackson Boulevard, Suite 3550
Chicago, IL 60604
T: (312) 578-0992
F: (877) 334-0661
E: acunningham@sessions.legal

>James K. Schultz
>1545 Hotel Circle South, Suite 150
>San Diego, CA 92108
>T: (619) 296-2018
>F: (877) 334-0061
>E: jschultz@sessions.legal
>*Attorneys for Defendant*
>*Applied Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Jacey Gutierrez*